

Jonathan M. Bernstein | Partner
Direct 518.935.4240 | jbernstein@goldbergsegalla.com

September 23, 2024

*via ECF*
Hon. David N. Hurd
United States District Court
Northern District of New York
Federal Building and Courthouse
10 Broad Street
Utica, NY 13501

      **Re:**    **Harris v. Tioga County et al**
               **Civil Case No.: 17-cv-0932 [DNH/TWD]**
               **GS File No.: 11690.0341**

Dear Judge Hurd:

      Goldberg Segalla, LLP, represents defendants County of Tioga and Gerald Keene. Previously, the Court adjourned the prior trial dates due to the appeal that was pending at the Second Circuit. The Second Circuit recently dismissed the appeal.

      County defendants write to inquire if the November 4, 2024 trial date is now a date certain, if pre-trial submissions are now due October 11, 2024, and if the pre-trial conference for October 22 is moving forward.

                                                            Respectfully submitted,

                                                             Jonathan M. Bernstein

JMB:aes

cc:
*via ECF*
All counsel of record

OFFICE LOCATION 8 Southwoods Boulevard, Suite 300, Albany, NY 12211-2364 | PHONE 518-463-5400 | FAX 518-463-5420 | www.goldbergsegalla.com
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
IMANAGE\11690\0341\42468947.v1-9/23/24