

September 26, 2024

Hon. David N. Hurd
District Judge, Northern District of New York
10 Broad Street
Utica, New York 13501

    Re:    Harris v. Tioga County, et al.
               17-CV-932

Dear Judge Hurd,

    This office represents Calvin Harris. Now that the Second Circuit has dismissed the appeals of the State and County defendants, we are writing to request a teleconference to discuss the timing of the upcoming trial in this case. We have conferred with all counsel regarding this request, and all parties have consented—except for the State defendants, who have taken no position on the matter.

    Thank you for your consideration.

                                                                             Respectfully,

                                                                             /s/
                                                               Bruce Barket, Esq.
                                                               Alexander Klein, Esq.