

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

October 7, 2024

Hon. David N. Hurd
District Judge, Northern District of New York
10 Broad Street
Utica, New York 13501

    Re:    Harris v. Tioga County, et al.
              17-CV-932

Dear Judge Hurd,

    This office represents Calvin Harris. As the Court knows, the Second Circuit has dismissed the appeals of the Tioga and State defendants. To that end, while awaiting the Second Circuit mandate, we have conferred with all parties about mutually available trial dates. Given that we expect trial to last approximately one month, and given that it involves four different sets of counsel, we respectfully request that the trial be adjourned to September 2025.

    Thank you for your consideration.

                                                    Respectfully,

                                                    /s/
                                                Bruce Barket, Esq.
                                                Alexander Klein, Esq.