

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer Direct: (518) 776-2608

October 8, 2024

VIA ECF

Hon. David N. Hurd  
United States District Court  
Northern District of New York  
Federal Building and Courthouse  
10 Broad Street  
Utica, NY 13501

    Re:    *Harris v. Tioga County et al*  
              17-CV-0932 (DNH)(TWD)

Dear Judge Hurd:

    On behalf of all parties, I respectfully request that the Friday, October 11, 2024 deadline for the filing of pre-trial submissions in the above-referenced action, ECF No. 144, be adjourned while the Court considers the parties' October 7, 2024 letter requesting adjournment of the November 4, 2024 trial. ECF No. 149.

                                Respectfully yours,

                                /s/ *Adrienne J. Kerwin*

                                Adrienne J. Kerwin  
                                Assistant Attorney General  
                                Bar Roll No. 105154

cc (via ECF): All counsel of record