

**666 OLD COUNTRY ROAD, SUITE 700**
**GARDEN CITY, NEW YORK 11530**
**516.745.1500 • [F] 516.745.1245**
**WWW.BARKETEPSTEIN.COM**

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

August 13, 2025

Hon. Mae A. D'Agostino
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Courtroom 5
Albany, New York 12207

Re:   <u>**Calvin Harris v. Tioga County, et al.**</u>
       **Docket No. 3:17-CV-932**

Dear Judge D'Agostino:

As I'm sure you're aware, this office represents Calvin Harris, the Plaintiff in the above-referenced matter currently pending before this Honorable Court. We are writing to inform the Court that a settlement has been reached between the Plaintiff and Defendants Tioga County and Former Tioga County District Attorney Gerald Keene. Although the terms of this settlement are confidential, we can affirm that this matter will not be proceeding to trial against these two Defendants. However, as of the date of this letter, no settlement has been reached with the remaining Defendants, *to wit: New York State Police Investigators Steven Andersen and Susan Mulvey, and Barbara Thayer.* As such, we intend for this matter to proceed to trial against these remaining Defendants, as scheduled, on October 27, 2025. In the event this changes, the Court will be promptly notified.

Should the Court have any questions about this letter or the partial settlement disclosed herein, please contact our office at your earliest convenience.

Respectfully yours,

<u>/s/ *Bruce A. Barket*</u>
Bruce A. Barket, Esq.
*Attorney for the Plaintiff*