UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CALVIN HARRIS,

    -against-

Plaintiff,

**PARTIAL STIPULATION OF DISCONTINUANCE**

TIOGA COUNTY, TIOGA COUNTY DISTRICT ATTORNEY'S OFFICE, FORMER TIOGA COUNTY DISTRICT ATTORNEY GERALD KEENE, UNIDENTIFIED JANE/JOHN DOE #1-10 TIOGA COUNTY EMPLOYEES, NEW YORK STATE POLICE INVESTIGATOR STEVEN ANDERSEN, NEW YORK STATE POLICE INVESTIGATOR SUSAN MULVEY, NEW YORK STATE POLICE INVESTIGATOR LESTER, UNIDENTIFIED JANE/JOHN DOE#11-20 NEW YORK STATE POLICE EMPLOYEES, and BARBARA THAYER,

**Case No.:
3:17-cv-00932
(MAD/TWD)**

Defendants.

---

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action along with any and all claims be, and the same hereby is discontinued against only Defendants, Tioga County, Tioga County District Attorney's Office, Former Tioga County District Attorney Gerald Keene and Unidentified Jane/John Doe #1-10 Tioga County Employees, with prejudice and on the merits, without costs, expenses, or attorneys' fees to any party as against any other.

52723074.v1

DATED:   Albany, New York
         August 14, 2025

| | |
|---|---|
| **BARKET EPSTEIN & KEARON ALDEA & LOTURCO LLP** | **GOLDBERG SEGALLA LLP** |
| *signature* | *signature* |
| Bruce A. Barket, Esq. | Jonathan M. Bernstein, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Tioga County, Tioga County District Attorney's Office and Former Tioga County District Attorney Gerald Keene* |
| 666 Old Country Road, Suite 700 | 8 Southwoods Blvd., Suite 300 |
| Garden City, New York 11530 | Albany, New York 12211 |
| **NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL** | **BUTLER, MUCCI & GRACE, LLP** |
| *signature* 8/26/25 | *signature* |
| Adrienne J. Kerwin, Esq. | Matthew C. Butler, Esq. |
| *Attorneys for Defendants ~~New York State Police Investigators~~ Steven Andersen and Susan Mulvey* | David E. Butler, Esq. *Attorneys for Defendant Barbara Thayer* |
| The Capitol | 231-241 Main Street |
| Albany, New York 12224 | Vestal, New York 13850 |

IT IS SO ORDERED:

*signature*
Mae A. D'Agostino
U.S. District Judge

Dated:   September 2, 2025
         Albany, NY

52712762.v1