UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**CALVIN HARRIS,**

                             **Plaintiff,**

   vs.                                                  1:17-CV-932
                                                                   (MAD/TWD)

**STEVEN ANDERSEN, SUSAN MULVEY,
and BARBARA THAYER,**

                             **Defendants.**

---

## JURY VERDICT FORM

PLEASE NOTE - Each Juror will be provided with a Verdict Form.  HOWEVER, YOUR VERDICT SHOULD BE REPORTED TO THE JUDGE ON <u>ONLY ONE</u> VERDICT FORM WHICH IS SIGNED BY THE JURY FOREPERSON.  The remaining Verdict Forms should be returned to the courtroom deputy unsigned.

**ALSO, please carefully follow the bold-type directions accompanying each question.**

## <u>MALICIOUS PROSECUTION</u>

**1(a).**  Did Plaintiff prove by a fair preponderance of the credible evidence that Defendants maliciously prosecuted him in violation of the Fourth Amendment of the United States Constitution?

        **Defendant Steven Andersen**        Yes_____ No_____

        **Defendant Susan Mulvey**         Yes_____ No_____

        **If you answered "No" with respect to all Defendants in Question 1(a), please proceed to question 2(a).  If you answered "Yes" with respect to any Defendant(s) in Question 1(a), please proceed to Question 1(b) as to any such Defendant(s).**

**1(b).** Did Plaintiff prove by a fair preponderance of the credible evidence that the alleged malicious prosecution by any Defendant(s) proximately caused an injury to Plaintiff?

  **Defendant Steven Andersen**  Yes_____  No_____

  **Defendant Susan Mulvey**  Yes_____  No_____

  **If you answered "No" with respect to all Defendants in Question 1(b), please proceed to Question 2(a).  If you answered "Yes" with respect to any Defendant(s) in Question 1(b), please proceed to Question 1(c) as to any such Defendant(s).**

**1(c).** What sum of money, if any, do you find that Plaintiff has proven by a fair preponderance of the evidence would fairly compensate him for any injury he has suffered that was proximately caused by Defendant(s) alleged malicious prosecution?

  **Defendant Steven Andersen**  $_____

  **Defendant Susan Mulvey**  $_____

  **Please note that you may not award both compensatory and nominal damages.  Therefore, if you found in Question 1(c) that Plaintiff is entitled to compensatory damages for the alleged malicious prosecution, please skip Question 1(d) and proceed to Question 1(e).  If you found that Plaintiff is not entitled to compensatory damages in Question 1(c), please proceed to Question 1(d) and award Plaintiff nominal damages of no more than $1.00.**

**1(d).** What amount, if any, do you award as nominal damages to Plaintiff for the alleged malicious prosecution?

  **Defendant Steven Andersen**  $_____

  **Defendant Susan Mulvey**  $_____

  **Please proceed to Question 1(e).**

**1(e).** Did Plaintiff establish by a fair preponderance of the evidence that the Defendant(s) for whom you answered "Yes" to both Questions 1(a) **and** 1(b) was motivated by evil motive or intent or by reckless indifference to Plaintiff's constitutional rights, such that punitive damages should be assessed against that Defendant(s)?

        **Defendant Steven Andersen**        Yes_____ No_____

        **Defendant Susan Mulvey**        Yes_____ No_____

    **Please proceed to Question 2(a).**

## FABRICATION OF EVIDENCE

**2(a).** Did Plaintiff prove by a fair preponderance of the credible evidence that Defendant(s) acted under the color of state law and violated Plaintiff's Fourteenth Amendment rights to a fair trial by fabricating evidence?

        **Defendant Steven Andersen**        Yes_____ No_____

        **Defendant Susan Mulvey**        Yes_____ No_____

        **Defendant Barbara Thayer**        Yes_____ No_____

    **If you answered "No" with respect to all Defendants in Question 2(a), please proceed to question 3(a).  If you answered "Yes" with respect to any Defendant(s) in Question 2(a), please proceed to Question 2(b) as to any such Defendant(s).**

**2(b).** Did Plaintiff prove by a fair preponderance of the credible evidence that the Defendant(s) alleged violation of Plaintiff's right to a fair trial proximately caused an injury to Plaintiff?

        **Defendant Steven Andersen**        Yes_____ No_____

        **Defendant Susan Mulvey**        Yes_____ No_____

        **Defendant Barbara Thayer**        Yes_____ No_____

> **If you answered "No" with respect to all Defendants in Question 2(b), please proceed to Question 3(a). If you answered "Yes" with respect to any Defendant(s) in Question 2(b), please proceed to Question 2(c) as to any such Defendant(s).**

**2(c).** What sum of money, if any, do you find that Plaintiff has proven by a fair preponderance of the evidence would fairly compensate him for any injury he has suffered that was proximately caused by the alleged deprivation of his right to a fair trial?

        **Defendant Steven Andersen**        $_____

        **Defendant Susan Mulvey**        $_____

        **Defendant Barbara Thayer**        $_____

> **Please note that you may not award both compensatory and nominal damages. Therefore, if you found in Question 2(c) that Plaintiff is entitled to compensatory damages for the alleged deprivation of his right to a fair trial, please skip Question 2(d) and proceed to Question 2(e). If you found that Plaintiff is not entitled to compensatory damages in Question 2(c), please proceed to Question 2(d) and award Plaintiff nominal damages of no more than $1.00.**

4

**2(d).**  What amount, if any, do you award as nominal damages to Plaintiff for the alleged deprivation of his right to a fair trial?

   **Defendant Steven Andersen**  $_____

   **Defendant Susan Mulvey**  $_____

   **Defendant Barbara Thayer**  $_____

 **Please proceed to Question 2(e).**

**2(e).**  Did Plaintiff establish by a fair preponderance of the evidence that any Defendant for whom you answered "Yes" to both Questions 2(a) **and** 2(b) was motivated by evil motive or intent or by reckless indifference to Plaintiff's constitutional rights by his depriving Plaintiff of his right to a fair trial, such that punitive damages should be assessed against that Defendant?

   **Defendant Steven Andersen**  Yes_____ No_____

   **Defendant Susan Mulvey**  Yes_____ No_____

   **Defendant Barbara Thayer**  Yes_____ No_____

 **Please proceed to Question 3(a).**

5

# CONSPIRACY

**3(a).** Did Plaintiff prove by a fair preponderance of the credible evidence that Defendant(s) acted under the color of state law and conspired with one or more other individuals to violate Plaintiff's constitutional rights?

        **Defendant Susan Mulvey**        Yes_____  No_____

        **Defendant Barbara Thayer**        Yes_____  No_____

        **If you answered "No" with respect to both Defendants in Question 3(a), your deliberations are complete. Please have the foreperson sign and date the last page of the Verdict Form. If you answered "Yes" to Question 3(a) with respect to any Defendant(s), please proceed to Question 3(b) as to any such Defendant(s).**

**3(b).** Did Plaintiff prove by a fair preponderance of the credible evidence that the Defendant(s)' alleged conspiracy to violate Plaintiff's constitutional rights proximately caused an injury to Plaintiff?

        **Defendant Susan Mulvey**        Yes_____  No_____

        **Defendant Barbara Thayer**        Yes_____  No_____

        **If you answered "No" with respect to both Defendants in Question 3(b), your deliberations are complete. Please have the foreperson sign and date the last page of the Verdict Form. If you answered "Yes" to Question 3(b) with respect to any Defendant(s), please proceed to Question 3(c) as to any such Defendant(s).**

**3(c).** What sum of money, if any, do you find that Plaintiff has proven by a fair preponderance of the evidence would fairly compensate him for any injury he has suffered that was proximately caused by the alleged conspiracy to deprive Plainiff of his constitutional rights?

   **Defendant Susan Mulvey**   $_____

   **Defendant Barbara Thayer**   $_____

   **Please note that you may not award both compensatory and nominal damages. Therefore, if you found in Question 3(c) that Plaintiff is entitled to compensatory damages for the alleged conspiracy to deprive Plaintiff of his constitutional rights, please skip Question 3(d) and proceed to Question 3(e). If you found that Plaintiff is not entitled to compensatory damages in Question 3(c), please proceed to Question 3(d) and award Plaintiff nominal damages of no more than $1.00.**

**3(d).** What amount, if any, do you award as nominal damages to Plaintiff for the alleged conspiracy to deprive him of his constitutional rights?

   **Defendant Susan Mulvey**   $_____

   **Defendant Barbara Thayer**   $_____

   **Please proceed to Question 3(e).**

7

**3(e).** Did Plaintiff establish by a fair preponderance of the evidence that any Defendant for whom you answered "Yes" to both Questions 3(a) **and** 3(b) was motivated by evil motive or intent or by reckless indifference to Plaintiff's constitutional rights by her conspiracy to deprive Plaintiff of his constitutional rights, such that punitive damages should be assessed against that Defendant?

    **Defendant Susan Mulvey**    Yes_____ No_____

    **Defendant Barbara Thayer**    Yes_____ No_____

**YOUR DELIBERATIONS ARE COMPLETE.**

**PLEASE INFORM THE MARSHAL THAT YOU HAVE REACHED A VERDICT. PLEASE REMEMBER TO HAVE THE FOREPERSON DATE AND SIGN YOUR VERDICT SHEET.  THANK YOU.**

Dated: November \_\_\_, 2025      _____
                  Foreperson's Signature